IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOVINDA ROMERO,
a natural person

       Plaintiff,                    Case No. 1:08-CV-217-SPM-AK

vs.

CLOVIS WATSON, JR., manager
of the Municipality of Alachua Florida,
in His Individual Capacity,
GENE PATTON, Building Official of
the Municipality of Alachua Florida,
in His Individual Capacity,
and the CITY OF ALACHUA,

       Defendants.

_____

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, "Defendants' Unopposed Motion for Extension of Time to File a Response to Plaintiff's Amended Complaint and Other Deadlines" (doc. 4), is hereby **granted**. Defendant shall have up to and including **November 26, 2008** to file a response to the amended complaint. Additionally, counsel of record shall confer (personally, by phone, or electronically) on or before **December 17, 2008**, as required by Rule 26(f). Lastly, the joint report to the Court shall be filed on or before **January 14, 2009.**

DONE AND ORDERED this <u>seventh</u> day of November, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge