IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOVINDA ROMERO,

    Plaintiff,                              Case No. 1:08-CV-217-SPM-AK

vs.

CLOVIS WATSON, JR., manager
of the Municipality of Alachua Florida,
in His Individual Capacity,
GENE PATTON, Building Official of
the Municipality of Alachua Florida,
in His Individual Capacity,
and the CITY OF ALACHUA,

    Defendants.

_____

## ORDER GRANTING MOTIONS

Pending before the Court are Defendants' joint request for judicial notice of certain ordinances of the City of Alachua (doc. 7) and Plaintiff's consented motion for an extension of time to file a response to Defendants' motion to dismiss (doc. 10).  Upon consideration, it is hereby

ORDERED AND ADJUDGED that both motions (docs. 7 and 10) are ***granted***. Plaintiff's motion in response to Defendant's motion to dismiss (doc. 11) is hereby accepted as timely filed.

DONE AND ORDERED this <u>sixth</u> day of March, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge