IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOVINDA ROMERO,

    Plaintiff,

vs.                                     Case No.:1:08-CV-217-SPM/AK

CLOVIS WATSON, JR.,
GENE PATTON, and
CITY OF ALACHUA,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' "Joint Stipulation for Dismissal with Prejudice" (doc. 21) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown. Each party shall bear its own costs and attorney fees. All pending motions are hereby denied as moot.

DONE and ORDERED this twenty-second day of July, 2009.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge